# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2877
L.T. Case No. 16-001053-CF-AXMX
2016-CF-001026
2016-CF-001027
2016-CF-001028
2016-CF-001029
2016-CF-001030

_____

JONATHAN HUFF a/k/a YAHYA
ALVERZO,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

3.800 Appeal from the Circuit Court for Hernando County.
Daniel Burrell Merritt, Jr., Judge.

Jonathan Huff a/k/a Yahya Alverzo, Live Oak, pro se.

James Uthmeier, Attorney General, Tallahassee, and Daniel P.
Caldwell, Assistant Attorney General, Daytona Beach, for
Appellee.


October 28, 2025

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

JAY, C.J., and EDWARDS and HARRIS, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*